# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11 cv 52

| KANDIS MALONE, | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | **ORDER** |
| v | ) | |
| | ) | |
| WELLS FARGO FINANCIAL SOUTH CAROLINA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** has come on before the undersigned pursuant to referral from Judge Robert Conrad, Chief District Court Judge for the Western District of North Carolina, pursuant to the following motions:

1) Motion to Dismiss filed by Defendant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure; and

2) Two motions filed by Plaintiff entitled Motion to Remand and For Extension of Time (#5) and Amended Motion to Remand and For Extension of Time (#6).

Plaintiff has not responded with any responsive brief to Defendant's Motion to Dismiss. In Plaintiff's motion, Plaintiff requests that Plaintiff be granted a thirty (30) day extension of time after Court's ruling on Plaintiff's latter filed Motion to Remand to respond to Defendant's Motion to Dismiss. Rather than deal with the various motions filed in this matter in a piece-meal fashion, the undersigned has determined to enter an order directing that Plaintiff respond to the Motion to Dismiss of

Defendant on or before August 26, 2011. Defendant shall be allowed, within the time limit as set forth in the Local Civil Rules to file a reply. The undersigned will then issue memorandums and recommendations to Chief Judge Conrad in regard to both pending motions.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the motion for extension of time and amended motion for extension of time (#5 & #6) is hereby **ALLOWED** in part. Plaintiff is **ORDERED** and directed to file a response to Defendant's Motion to Dismiss (#3) on or before **August 26, 2011** and Defendant shall then be allowed to file a reply as set forth in Local Civil Rules.

Signed: August 9, 2011

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge